UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JESUS ARZAGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO RAMOS, et al.,<br><br>　　　　Defendants. | 1:14-cv-01368-SKO (PC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 2, 2014. The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

　　　　Although the Court recognizes that the plaintiff named one present and one past California Department of Corrections and Rehabilitation ("CDCR") administrator and it appears venue for claims against at least one of them would be proper in the Sacramento Division of the Eastern District of California, the events giving rise to the plaintiff's claims occurred at California State

1

Prison-Lancaster in Los Angeles County, which is in the Central District of California.[1] Given the nature of the plaintiff's claims – use of force and failure to provide medical care at California State Prison Lancaster – venue for the plaintiff's claims is most appropriate in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **September 4, 2014**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff names CDCR Secretary Jeffrey Beard and former CDCR Secretary Matthew Cate.,